# United States Court of Appeals for the Federal Circuit

---

**SETH A. HOOPER,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2026-1028

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-358, Judge Grant Jaquith.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, DISMISSED-IN-PART**

FOR THE COURT

March 16, 2026
Date

Jarrett B. Perlow
Clerk of Court